CHEEK v. MORTON.—In Error.

THIS was a suit by *Morton*, the assignee, against *Cheek*, the assignor, of a promissory note made by one *McCray*. The action was commenced before a justice of the peace and appealed to the Circuit Court. On the trial it was proved that the assignee had sued the maker and had execution issued in due time, and that the execution was returned *nulla bona*.

The defendant proved that the note was given by *Mc-Cray*, in consideration of the sale to him of a house and lot, for the conveyance of which, to be made on the payment of the note in suit and another of equal amount, *McCray* held a bond executed by *Cheek*.

The judgment was for the plaintiff.

It is contended that the plaintiff did not use due diligence to collect the money of the maker because he ought to have instituted proceedings to enforce the lien which *Cheek* held on the house and lot.

We think the judgment of the Circuit Court is, obviously, right.

The judgment is affirmed with 10 *per cent.* damages and costs.

*J. Ryman*, for the plaintiff.

*W. S. Holman*, for the defendant.